IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KENNETH G. ROFFMAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 7:17-cv-00011-O-BP |
| | § |
| NANCY A. BERRYHILL, | § |
| Acting Commissioner of the Social | § |
| Security Administration, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate's recommendation is ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED** and Plaintiff's claims are **DISMISSED** without prejudice.

**SO ORDERED** on this **27th** of **March, 2017.**

*[signature]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE